170 A.3d 330

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. DORAN G. LEE, DEFENDANT-PETITIONER.

September 11, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004509–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 330

STATE OF NEW JERSEY IN THE INTEREST
OF A.M., A MINOR. (A.M.—PETITIONER)

September 11, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000388–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.